In re Gorbaty, Sandra et al.; McBee, Steve; Harrison, John T.; Galtier, Jacques Rodley; Hart, Rebecca; Kidd, Catherine J.; Morris, Sarah; Cross, Lena; — Plaintiffs; Applying for Writ of Certiorari and/or Review State Civil Service Commission, Nos. 12684, 12712, 12734, 12735, 12736,12742,12743,12815; to the Court of Appeal, First Circuit, Nos. 99 CA 1396, 99 CA 1389, 99 CA 1390, 99 CA1391, 99 CA 1392, 99 CA 1393, 99 CA 1394, 99 CA 1395.
Denied.